Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff Anand Roy*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAJ PATEL, derivatively on behalf of Nominal Defendant BLOCK, INC., <br><br> Plaintiff, <br><br> v. <br><br> JACK DORSEY, ROELOF BOTHA, AMY BROOKS, SHAWN CARTER, PAUL DEIGHTON, RANDY GARUTTI, JIM MCKELVEY, MARY MEEKER, NEHA NARULA, LAWRENCE SUMMERS, DAVID VINIAR, DARREN WALKER, SHARON ROTHSTEIN, ANNA PATTERSON, and AMRITA AHUJA, <br><br> Defendants, <br><br> and <br><br> BLOCK, INC., <br><br> Nominal Defendant. | Case No.: 3:25-cv-01262-MMC <br><br> **NOTICE OF FILING OF THE UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Judge Maxine M. Chesney |

1
NOTICE OF FILING OF THE UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:25-cv-01262-MMC; 5:25-cv-02202-NW; 4:25-cv-02810-LB

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Viraj Patel and Anand Roy hereby give notice of the Unopposed Administrative Motion to Consider Whether Cases Should be Related ("Administrative Motion") filed on March 27, 2025, in the action *Wallace v. Ahuja, et al.*, Case No. 5:25-cv-02202-NW (the "*Wallace* Derivative Action"). A copy of the Administrative Motion filed in the *Wallace* Derivative Action is attached hereto as Exhibit A.

Dated: April 4, 2025

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

By: */s/*Robert C. Moest          .
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Anand Roy*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Robert C. Moest
　　　　　　　　　　　　　　　　　　　　　　　　Robert C. Moest

3
NOTICE OF FILING OF THE UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:25-cv-01262-MMC; 5:25-cv-02202-NW; 4:25-cv-02810-LB