GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
    blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200

JESSICA VALENZUELA, SBN 220934
    jvalenzuela@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

COLIN B. DAVIS, SBN 273942
    cdavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

*Attorneys for Nominal Defendant Block, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BLOCK INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 5:25-cv-01262-NW<br><br>(Consolidated)<br><br>**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF BLOCK, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT ON *FORUM NON CONVENIENS* GROUNDS** |

Gibson, Dunn &
Crutcher LLP

DECL. OF BRIAN M. LUTZ ISO MOTION TO DISMISS ON *FORUM NON CONVENIENS* GROUNDS
CASE NO. 5:25-CV-01262-NW

I, Brian M. Lutz, declare as follows:

1.    I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and counsel of record for Defendants in this matter.  I submit this declaration in support of Nominal Defendant Block, Inc.'s ("Block") Motion to Dismiss Plaintiffs' Consolidated Shareholder Derivative Complaint on *Forum Non Conveniens* Grounds.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to the matters set forth herein.

2.    Attached as **Exhibit 1** is a true and correct copy of Block's Amended and Restated Bylaws attached as Exhibit 3.1 to Block's Form 8-K, filed with the U.S. Securities and Exchange Commission (the "SEC") on or about October 21, 2022.

3.    Attached as **Exhibit 2** is a true and correct copy of Block's Amended and Restated Bylaws attached as Exhibit 3.1 to Block's Form 8-K, filed with the SEC on or about April 22, 2022.

4.    Attached as **Exhibit 3** is a true and correct copy of Block's Certificate of Amendment to the Amended and Restated Certificate of Incorporation attached as Exhibit 3.1 to Block's Form 8-K, filed with the SEC on or about December 10, 2021.

5.    Attached as **Exhibit 4** is a true and correct copy of Block's Second Amended and Restated Bylaws attached as Exhibit 3.2 to Block's Form 8-K, filed with the SEC on or about December 10, 2021.

6.    Attached as **Exhibit 5** is a true and correct copy of Square's[1] Amended and Restated Bylaws attached as Exhibit 3.1 to Square's Form 8-K, filed with the SEC on or about November 3, 2017.

7.    Attached as **Exhibit 6** is a true and correct copy of Square's Restated Bylaws attached as Exhibit 3.2 to Square's Form 8-K, filed with the SEC on or about November 24, 2015.

8.    Attached as **Exhibit 7** is a true and correct copy of excerpts of Block's 2024 Form 10-K, filed with the SEC on or about February 24, 2025.

9.    Attached as **Exhibit 8** is a true and correct copy of excerpts of Block's 2023 Form 10-

[1] On December 10, 2021, Square, Inc. changed its name to Block, Inc.

Gibson, Dunn & Crutcher LLP

1

K, filed with the SEC on or about February 22, 2024.

10.    Attached as **Exhibit 9** is a true and correct copy of excerpts of Block's 2022 Form 10-K, filed with the SEC on or about February 23, 2023.

11.    Attached as **Exhibit 10** is a true and correct copy of excerpts of Block's 2021 Form 10-K, filed with the SEC on or about February 24, 2022.

12.    Attached as **Exhibit 11** is a true and correct copy of excerpts of Square's 2020 Form 10-K, filed with the SEC on or about February 23, 2021.

13.    Attached as **Exhibit 12** is a true and correct copy of excerpts of Square's 2019 Form 10-K, filed with the SEC on or about  February 26, 2020.

14.    Attached as **Exhibit 13** is a true and correct copy of excerpts of Square's 2018 Form 10-K, filed with the SEC on or about February 27, 2019.

15.    Attached as **Exhibit 14** is a true and correct copy of excerpts of Square's 2017 Form 10-K, filed with the SEC on or about February 27, 2018.

16.    Attached as **Exhibit 15** is a true and correct copy of excerpts of Square's 2016 Form 10-K, filed with the SEC on or about February 27, 2017.

17.    Attached as **Exhibit 16** is a true and correct copy of excerpts of Square's 2015 Form 10-K, filed with the SEC on or about March 10, 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 28th day of July, 2025, at San Francisco, California.


*/s/ Brian M. Lutz*
Brian M. Lutz

Gibson, Dunn & Crutcher LLP

DECL. OF BRIAN M. LUTZ ISO MOTION TO DISMISS ON *FORUM NON CONVENIENS* GROUNDS
CASE NO. 5:25-CV-01262-NW