IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BLOCK INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 5:25-cv-01262-NW<br><br>(Consolidated)<br><br>**[PROPOSED] ORDER GRANTING BLOCK, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT ON *FORUM NON CONVENIENS* GROUNDS** |

On July 28, 2025, Nominal Defendant, Block, Inc., filed a Motion to Dismiss Plaintiffs' Consolidated Shareholder Derivative Complaint on *Forum Non Conveniens* Grounds. The Court, having fully reviewed and considered all papers and arguments submitted in support of and in opposition to the Motion, and finding good cause for the Motion, orders as follows:

**IT IS HEREBY ORDERED** that:

(1) Block, Inc.'s Motion to Dismiss Plaintiffs' Consolidated Shareholder Derivative Complaint on *Forum Non Conveniens* Grounds is GRANTED; and

(2) Plaintiffs' Consolidated Shareholder Derivative Complaint is hereby DISMISSED with prejudice on *forum non conveniens* grounds.

**IT IS SO ORDERED.**

DATE: _____

Judge Noël Wise
United States District Judge

1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS ON *FORUM NON CONVENIENS* GROUNDS
Case No. 5:25-cv-01262-NW