1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| IN RE BLOCK INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 5:25-cv-01262-NW<br><br>**[PROPOSED] ORDER DENYING BLOCK, INC.'S AND THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO FED. R. CIV. P. 23.1 AND 12(B)(6)** |
|---|---|

Having reviewed Block, Inc.'s and the Individual Defendants' Motion to Dismiss Plaintiffs' Consolidated Shareholder Derivative Complaint Pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6) (the "Motion"), and after considering the parties' written and oral submissions, the Court orders as follows:

**IT IS HEREBY ORDERED** that:

1)   The Consolidated Shareholder Derivative Complaint satisfies the pleading standards of Rules 23.1 and 12(b)(6) of the Federal Rules of Civil Procedure.

2)   Therefore, Defendants' Motion is denied.

**IT IS SO ORDERED.**

Date: _____

By _____

Judge Noël Wise

United States District Judge