United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BLOCK INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No. 25-cv-01262-NW<br><br>**ORDER REGARDING SEALING REQUESTS** |

The parties filed four motions to seal or motions to consider whether another party's material should be sealed in association with Defendants' motions to dismiss and lodging of the operative complaint. *See* ECF Nos. 56, 63, 67, and 78. To address these motions efficiently, the Court orders the parties to meet and confer and to file a joint consolidated sealing motion and corresponding proposed order by **February 13, 2026**, that contains:

1. A summary chart, formatted in landscape, identifying the documents and portions of documents proposed to be sealed and any objections. The chart shall include the following information:

| ECF No. | Document Title | Portion to be Sealed | Basis for Sealing | Specific Objections |
|---|---|---|---|---|

2. For sealing requests as to which there is no objection, a *brief* statement from the party requesting sealing that includes the information required to be provided to the Court in Civil Local Rule 79-5(c)(1). Where applicable, a party may cite to declarations previously filed that support the party's request to seal and should not re-file those declarations. *See* Civil L.R. 79-5(c)(2).

3. If one party objects to another party's request for sealing, including with respect to

proposed redactions, those areas of disagreement shall be succinctly briefed (no more than two (2) pages for each party) and specifically identified.

4.  With respect to redactions, if the parties do not agree as to a particular document or portion thereof, the parties shall file, under seal, the document with any disputed portions highlighted in different colors corresponding to each parties' proposed redactions.

The Court encourages the parties to be scrupulously accurate in identifying documents. Sealing requests must be consistent with the Court's prior orders and, because they relate to a motion to dismiss, must comply with the "compelling reasons" standard. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

The parties shall file the joint consolidated sealing motion by **February 13, 2026**.  In addition, the parties are ordered to submit a corresponding proposed order in Word format to nwpo@cand.uscourts.gov by **February 13, 2026**.

This order terminates ECF Nos. 56, 63, 67, and 78.

**IT IS SO ORDERED.**

Dated: January 23, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2