GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
  blutz@gibsondunn.com
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200

JESSICA VALENZUELA, SBN 220934
  jvalenzuela@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

COLIN B. DAVIS, SBN 273942
  cdavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

*Attorneys for Nominal Defendant Block Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BLOCK INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 5:25-cv-01262-NW<br><br>(Consolidated)<br><br>**BLOCK, INC.'S AMENDED NOTICE OF MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**<br><br>**Hearing:** May 20, 2026, at 9 a.m.<br><br>Hon. Noël Wise |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that, at 9:00 a.m. on May 20, 2026, or as soon thereafter as the matter may be heard, in the United States District Court for the Northern District of California, San Jose Courthouse, Courtroom 3, 5th Floor, located at 280 South First Street, San Jose, California, Nominal Defendant Block, Inc. ("Block"), through its undersigned counsel, will move to certify for interlocutory appeal under 28 U.S.C. § 1292(b) the Court's order denying its motion to dismiss for forum non conveniens. *See* Dkt. 98.

Dated: February 19, 2026

                                           Respectfully submitted,

                                           GIBSON, DUNN & CRUTCHER LLP

                                         By: */s/ Brian M. Lutz*        

                                         Brian M. Lutz

AMENDED NOTICE OF MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL
CASE NO. 5:25-CV-01262-NW