UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| VIRAJ PATEL,<br><br>       Plaintiffs,<br><br>   v.<br><br>JACK DORSEY, et al.,<br><br>       Defendants. | Case No. 25-cv-01262-NW<br><br>**CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)** |

The Court reviewed the joint case-management statement and issues this case-management and pretrial order. March 24, 2026 Case Management Conference is vacated.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>   [ ] Court-sponsored mediation<br>   [ ] Court-sponsored ENE<br>   [ ] Mag. Judge Settlement Conf.<br>   [x] Private mediation<br>   [ ] Private arbitration<br>   [ ] Other: | December 30, 2026 |
| Close of Fact Discovery | September 25, 2026 |
| Opening Expert Reports | October 23, 2026 |
| Rebuttal Expert Reports | November 20, 2026 |

United States District Court
Northern District of California

| Close of Expert Discovery | December 11, 2026 |
|---|---|
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: January 01, 2027<br>**Responses**: January 15, 2027<br>**Replies**: January 22, 2027 |
| Hearing on Dispositive and *Daubert* Motions | February 24, 2027, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | April 7, 2027 |
| Final Pretrial Conference | April 21, 2027, at 2:00 p.m. |
| Trial | May 10, 2027, at 9:00 a.m. |
| Length of trial | 5 days |

**IT IS SO ORDERED.**

Dated: March 19, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California