UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BLOCK INC. SHAREHOLDER
DERIVATIVE LITIGATION

Case No. 25-cv-01262-NW

**ORDER DENYING MOTION TO STAY**

Re: ECF No. 122

On May 18, 2026, Defendants, specifically the Special Litigation Committee ("SLC") of the Board of Directors of Nominal Defendant Block, Inc. ("Block"), filed a motion to stay this case for 180 days to permit the SLC to investigate Plaintiffs' claims. ECF No. 122. The motion is fully briefed. ECF Nos. 128, 129. The Court DENIES the motion to stay.

Block argues that, under Delaware law, "[s]tays are usually only denied under 'unusual circumstances,' such as when the corporation unduly delayed establishing an SLC until after significant motions practice and discovery had occurred or if the SLC members themselves are biased." *Rosenbloom v. Pyott*, No. SACV101352DOCMLGX, 2014 WL 10988342, at *2 (C.D. Cal. Dec. 8, 2014) (citing Delaware law); ECF No. 122 at 8. Here, Block has waited to establish the SLC despite having notice of Plaintiffs' claims for years, undergoing months of discovery, and briefing multiple motions. In its motion, Block states it formed the SLC "after this Court denied Defendants' motions to dismiss" on January 6, 2026. ECF No. 122 at 8. Over 7 months have passed during which the SLC could have investigated. Further, this request for a stay follows the automatic stay of discovery under the PSLRA that was in place for nearly a year (from the initial complaint filing on February 5, 2025, through January 6, 2026). Moreover, Block "has formed an SLC comprised of an independent, disinterested director to investigate the claims asserted in this

action." ECF No. 122 at 2. Notably, the "SLC" is made up of a single director, Neha Narula, who was a formerly named Defendant in this action. This raises concerns about "if the SLC members themselves are biased" given director Narula's prior involvement. *Rosenbloom*, 2014 WL 10988342, at *2.

Given the significant time that has already elapsed and that the SLC has already had a reasonable time to carry out its investigation, the Court DENIES the motion to stay.

**IT IS SO ORDERED.**

Dated: July 14, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2