Daniel B. Rehns (*pro hac vice*)
**HACH ROSE SCHIRRIPA & REHNS LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
(212) 213-8311
drehns@hrsrlaw.com

*Co-lead Counsel for Plaintiffs*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE BLOCK INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No. 5:25-cv-01262-NW-VKD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER MODIFYING CASE MANAGEMENT SCHEDULE**<br><br>Hon. Noël Wise |

Pursuant to Civil Local Rule 6-2, Lead Plaintiff James Kelly ("Plaintiff"), Nominal Defendant Block Inc. ("Block"), and Defendants Dorsey, Ahuja, Botha, Brooks, Carter, Deighton, Garutti, McKelvey, Meeker, Patterson, Rothstein, Summers, Viniar, and Walker (the "Individual Defendants," and together with Block and Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation.

**WHEREAS**, on January 6, 2026, the Court issued an Order Denying Defendants' Motions to Dismiss, ECF No. 90;

**WHEREAS**, prior to the Court's January 6, 2026 Order, discovery had been automatically stayed under the PSLRA, *See* ECF No. 139, at 1;

**WHEREAS**, on January 29, 2026, the Clerk set a Case Management Conference for March 24, 2026 at 9:00 a.m., ECF No. 96;

**WHEREAS** on March 6, 2026, the Parties filed their Joint Case Management Statement, ECF No. 112;

**WHEREAS**, on March 19, 2026, the Court entered a Case Management and Pretrial Order, setting case management deadlines, scheduling trial to begin May 10, 2027, at 9:00 a.m., and cancelling the March 24, 2026 case management conference, ECF No. 115;

**WHEREAS**, Plaintiff promptly thereafter served Block and the Individual Defendants with requests for production of documents and interrogatories;

**WHEREAS**, Defendants have begun document production, but the Parties are still negotiating portions of the document production and review protocol;

**WHEREAS**, discovery in this case will involve voluminous document production and the deposition of at least 14 fact witnesses;

**WHEREAS**, the Parties require additional time to complete fact discovery;

**WHEREAS**, the Parties have not previously requested any extension of these case management deadlines;

**WHEREAS**, this stipulation will not alter or otherwise impact the dates scheduled for Hearing on Dispositive and *Daubert* Motions, the Final Pretrial Conference, or the Trial date;

**WHEREAS**, the Parties respectfully submit that good cause exists to extend these deadlines;

**THEREFORE**, the Parties agree, by and through their undersigned attorneys, to modify the existing Case Management and Pretrial Order to add and change case management deadlines as follows:

| **Scheduled Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Exchange of Initial Privilege Logs | N/A | August 28, 2026 |
| Substantial Completion of Document Production | N/A | September 18, 2026 |
| Exchange of Final Privilege Logs | N/A | October 2, 2026 |
| Close of Fact Discovery | September 25, 2026 | November 6, 2026 |
| Deadline to Complete Mediation | December 30, 2026 | December 30, 2026 |
| Opening Expert Reports | October 23, 2026 | December 2, 2026 |
| Rebuttal Expert Reports | November 20, 2026 | December 23, 2026 |
| Close of Expert Discovery | December 11, 2026 | January 8, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: January 1, 2027<br>**Responses**: January 15, 2027<br>**Replies**: January 22, 2027 | **Motions**: January 15, 2027<br>**Responses**: January 29, 2027<br>**Reply**: February 5, 2027 |
| Hearing on Dispositive and *Daubert* Motions | February 24, 2027, at 9:00 a.m. | February 24, 2027, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | April 7, 2027 | April 7, 2027 |
| Final Pretrial Conference | April 21, 2027, at 2:00 p.m. | April 21, 2027, at 2:00 p.m. |
| Trial | May 10, 2027, at 9:00 a.m. | May 10, 2027, at 9:00 a.m. |
| Length of trial | 5 days | 5 days |

**IT IS SO STIPULATED**.

Dated: August 7, 2026

Respectfully submitted,

**HACH ROSE SCHIRRIPA & REHNS LLP**

By *<u>/s/ Daniel B. Rehns</u>*

Daniel B. Rehns (*pro hac vice*)
Scott R. Jacobsen (*pro hac vice*)
John W. Baylet (*pro hac vice*)
112 Madison Avenue, 10th Floor
New York, New York 10016
(212) 213-8311
drehns@hrsrlaw.com
sjacobsen@hrsrlaw.com
jbaylet@hrsrlaw.com

**BLOCK & LEVITON LLP**
Jason M. Leviton (pro hac vice)
Nathan Abelman (pro hac vice)
Michael D. Gaines (pro hac vice)
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
jason@blockleviton.com
nathan@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

Lindsay K. Faccenda (pro hac vice)
222 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 499-3600
lindsay@blockleviton.com

*Co-lead Counsel for Plaintiffs*

**SIMPSON THACHER & BARTLETT LLP**

By *<u>/s/ Jonathan K. Youngwood</u>*

Jonathan K. Youngwood, SBN 350373
jyoungwood@stblaw.com
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA 94105
Telephone: 415-426-7300
Facsimile: 415-426-7301

*Attorneys for Defendants Dorsey, Ahuja, Botha, Brooks, Carter, Deighton, Garutti, McKelvey, Meeker, Patterson, Rothstein, Summers, Viniar, and Walker*

**GIBSON, DUNN & CRUTCHER LLP**

By *<u>/s/ Brian M. Lutz</u>*

Brian M. Lutz, SBN 255976
blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200

Jessica Valenzuela, SBN 220934
jvalenzuela@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

Colin B. Davis, SBN 273942
cdavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

*Attorneys for Nominal Defendant, Block, Inc.*

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Daniel B. Rehns, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 11, 2026

Hon
Unite

