IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE BLOCK INC. SHAREHOLDER DERIVATIVE LITIGATION

This Document Relates to:

ALL ACTIONS

Case No. 5:25-cv-01262-NW-VKD

(Consolidated)

**~~[PROPOSED]~~ ORDER GRANTING NOMINAL DEFENDANT BLOCK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 174)**

Having considered Nominal Defendant Block, Inc.'s Administrative Motion to File Under Seal Portions of Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Dkt. 174) (the "Rule 72 Motion"), the supporting Declaration of Colin B. Davis, the pleadings and filings herein, and such other evidence and written or oral arguments as may be presented to the Court, and having found that good cause exists to seal portions of the Rule 72 Motion:

**IT IS HEREBY ORDERED** that portions of the Rule 72 Motion be **SEALED** as outlined below. Accordingly, the public shall have access only to the redacted version of the Rule 72 Motion filed on the public docket, which shall redact the portions identified below:

| ECF No. | Document Title | Portions of Document to Be Sealed | Reason for Redaction |
|---|---|---|---|
| Dkt. 193 | Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Dkt. 174) | The yellow highlighted portions in the unredacted version submitted as Exhibit A to the Motion to Seal | Confidential, non-public, and sensitive information concerning Block's productions to the DOJ. |

DATED: September 11, 2026

HON. NOËL WISE
United States District Judge