IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE BLOCK INC. SHAREHOLDER DERIVATIVE LITIGATION

This Document Relates to:

ALL ACTIONS

Case No. 5:25-cv-01262-NW-VKD

(Consolidated)

**~~[PROPOSED]~~ ORDER ~~GRANTING~~ DENYING DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11 TO STAY THE AUGUST 24, 2026 DISCOVERY ORDER (DKT. NO. 174) PENDING RESOLUTION OF DEFENDANTS' MOTION FOR RELIEF UNDER CIVIL L.R. 72-2**

Having considered Defendants' Administrative Motion Pursuant to Civil L.R. 7-11 to Stay the August 24, 2026 Discovery Order (Dkt. 174) Pending Resolution of Defendants' Motion for Relief Under Civil L.R. 72-2, the supporting Declaration of Colin Davis, the pleadings and filings herein, and such other evidence and written or oral arguments as may be presented to the Court, and having found good cause exists:

**IT IS HEREBY ORDERED** the Court's August 24, 2026 discovery order (Dkt. 174) is stayed pending resolution of Defendants' Motion for Relief Under Civil L.R. 72-2 at Dkt. 193.




DATED: September 11, 2026

HON. NOEL WISE
United States District Judge