IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BLOCK INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 5:25-cv-01262-NW-VKD<br><br>(Consolidated)<br><br>**~~[PROPOSED]~~ ORDER ~~GRANTING~~ DENYING NOMINAL DEFENDANT BLOCK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE ADMINISTRATIVE MOTION TO STAY THE AUGUST 24, 2026 DISCOVERY ORDER** |

Having considered Nominal Defendant Block, Inc.'s Administrative Motion to File Under Seal Portions of the Administrative Motion to Stay the August 24, 2026 Discovery Order, the supporting Declaration of Colin B. Davis, the pleadings and filings herein, and such other evidence and written or oral arguments as may be presented to the Court, and having found that good cause exists to seal portions of the Motion to Stay:

**IT IS HEREBY ORDERED** that portions of the Motion to Stay be **SEALED** as outlined below. Accordingly, the public shall have access only to the redacted version of the Motion to Stay filed on the public docket, which shall redact the portions identified below:

| **ECF No.** | **Document Title** | **Portions of Document to Be Sealed** | **Reason for Redaction** |
|---|---|---|---|
| Dkt. 195 | Defendants' Administrative Motion to Stay the August 24, 2026 Discovery Order | The yellow highlighted portions in the unredacted version submitted as Exhibit A to the Motion to Seal | Confidential, non-public, and sensitive information concerning Block's productions to the DOJ. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Noël Wise

DATED: September 11, 2026

HON. NOEL WISE
United States District Judge